**07 CIV 8255**

**JUDGE CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Bank of New York Trust Company, N.A., as Trustee,
**Plaintiff**,

-v-

First Magnus Capital, Inc. and Thomas W. Sullivan, Sr., as Trustee of the Thomas W. Sullivan Revocable Trust,

**Defendant**

Case No.

**Rule 7.1 Statement**

SEP 21 2007

U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The Bank of New York Trust Company, N.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Bank of New York Mellon Corporation

Date: September 20, 2007

_____
Signature of Attorney

Attorney Bar Code: KR6960

Form Rule7_1.pdf