UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------------------------------x

THE BANK OF NEW YORK TRUST
COMPANY, N.A., as Trustee,

          Plaintiff,

  - against -

FIRST MAGNUS CAPITAL, INC. and THOMAS
W. SULLIVAN, SR. as Trustee of the THOMAS
W. SULLIVAN SR. REVOCABLE TRUST,

          Defendants.
---------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

07 Civ. 8255 (PKC)

**STIPULATION AND ORDER**

      Plaintiff The Bank of New York Trust Company, N.A., as Trustee and First Magnus Capital, Inc. ("FMC"), by their undersigned counsel, hereby stipulate and agree to the following:

      1.    FMC agrees to produce the non-privileged documents responsive to Plaintiff's First Request for Production of Documents on or before October 12, 2007 by delivery to the offices of plaintiff's counsel.

      2.    FMC agrees to produce its Chief Financial Officer, Gary Malis, for a deposition at the offices of FMC's counsel on or before October 19, 2007.

      3.    FMC acknowledges service of the summons and complaint, and the Order to Show Cause dated October 2, 2007 together with the papers on which it was based, and will not object to the personal and subject matter jurisdiction or the venue of this Court.

      4.    Pending further order of the Court, without the prior written consent of plaintiff, FMC is hereby restrained and enjoined from making any payment, or transferring, assigning or giving anything of value of any kind, to or on behalf of (a) Sullivan, (b) any other FMC

shareholder, officer or director, or (c) any unsecured creditor other than plaintiff except in the ordinary course of business.

5. Pending further order of the Court, without the prior written consent of plaintiff, FMC is hereby restrained and enjoined from leasing, licensing, mortgaging, hypothecating, liening, or otherwise encumbering, any asset of FMC or any interest FMC has in any real or personal property.

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

By: *Keith Roberts*
Kenneth G. Roberts (KR 6960)
250 Park Avenue
New York, NY 10177
Attorneys for Plaintiff

October ___, 2007

SNELL & WILMER L.L.P.

By: _____
400 East Van Buren
One Arizona Center
Phoenix, AZ 85004-2202
Attorneys for Defendant FMC

October 5, 2007

SO ORDERED:

_____
P. KEVIN CASTEL
United States District Judge

Date:

10-5-07
4:25 pm