AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

THE BANK OF NEW YORK TRUST COMPANY, N.A.,
as Trustee,

**SUMMONS IN A CIVIL ACTION**

V.

FIRST MAGNUS CAPITAL, INC., THOMAS W. SULLIVAN, SR.,
as Trustee of the THOMAS W. SULLIVAN REVOCABLE TRUST,

CASE NUMBER: 

07 CIV 8255

JUDGE CASTEL

TO: (Name and address of Defendant)

FIRST MAGNUS CAPITAL, INC.
603 NORTH WILMOT ROAD
TUCSON, AZ 85711

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth G. Roberts
Wolf, Block, Schorr and Solis-Cohen, LLP
250 Park Avenue
New York, NY 10177

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    SEP 2 1 2007

CLERK                                      DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                   *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE BANK OF NEW YORK TRUST COMPANY, N.A.,
as Trustee,

          Plaintiff,

      -against-

FIRST MAGNUS CAPITAL, INC.,
THOMAS W. SULLIVAN, SR., as Trustee of the
THOMAS W. SULLIVAN REVOCABLE TRUST,

          Defendants.
------------------------------------------------------------X

Case No. 07 CIV 8255
(Judge Castel)

AFFIDAVIT OF SERVICE

STATE OF ARIZONA  )
          S.S.:
COUNTY OF PIMA    )

_Michele Yontef_, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 2nd day of October, 2007, at approximately the time of _1:15 pm_, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBIT A; ORDER SCHEDULING INITIAL PRETRIAL CONFERENCE; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING; AND INDIVIDUAL PRACTICES OF JUDGE P. KEVIN CASTEL upon FIRST MAGNUS CAPITAL, INC. at 603 North Wilmont Road, Tucson, AZ, by personally delivering and leaving the same with _Brian Harlow_ who informed deponent that _he_ holds the position of _Legal Department_ with that company and is authorized by appointment to receive service at that address.

_Brian Harlow_ is a Anglo Male, approximately 35 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 180 pounds with dark blond hair.

_____
PROCESS SERVER

Sworn to before me this
8th day of October, 2007

_____
NOTARY PUBLIC



Official Seal
NOTARY PUBLIC
STATE OF ARIZONA
County of Pima
M. CHRISTINA CELAYA
My Commission Expires May 17, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com