SCANNED

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

THE BANK OF NEW YORK TRUST
COMPANY, N.A., as Trustee,

          Plaintiff,

v.

FIRST MAGNUS CAPITAL, INC., THOMAS W.
SULLIVAN, SR., as Trustee of the THOMAS W.
SULLIVAN REVOCABLE TRUST,

          Defendant.

1:07-cv-08255-PKC

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew R.K. Waterman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jonathan M. Saffer |
| Firm Name: | Snell & Wilmer L.L.P. |
| Address: | One Arizona Center |
| City/State/Zip: | Phoenix, AZ 85004-2202 |
| Phone Number: | (602) 382-6525 |
| Fax Number: | (602) 382-6070 |

Jonathan M. Saffer is a member in good standing of the Bar of the State of Arizona.

There are no pending disciplinary proceedings against Jonathan M. Saffer in any State or Federal Court.

I have conferred with all other parties and advise the Court that their consent to this pro hac vice admission has been obtained.

Dated: October 22, 2007
City, State: Tucson, AZ

Respectfully submitted,

*[signature]*

| | |
|---|---|
| Matthew R.K. Waterman | |
| SDNY Bar Code: | 2300341 |
| Firm Name: | Snell & Wilmer L.L.P. |
| Address: | One S. Church Ave., Ste. 1500 |
| City/State/Zip: | Tucson, AZ 85701-1630 |
| Phone Number: | 520-882-1228 |
| Fax Number: | 520-884-1294 |

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE BANK OF NEW YORK TRUST COMPANY, N.A., as Trustee,<br><br>                    Plaintiff,<br><br>v.<br><br>FIRST MAGNUS CAPITAL, INC., THOMAS W. SULLIVAN, SR., as Trustee of the THOMAS W. SULLIVAN REVOCABLE TRUST,<br><br>                    Defendant. | 1:07-cv-08255-PKC<br><br>AFFIDAVIT OF<br>**MATTHEW R.K. WATERMAN**<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York  )
                        ) SS:
County of New York  )

Matthew R.K. Waterman, being duly sworn, hereby deposes and says as follows:

1. I am Of Counsel at Snell & Wilmer L.L.P., counsel for Defendant First Magnus Capital, Inc. ("FMC") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant FMC's Motion to admit JONATHAN M. SAFFER as counsel pro hac vice to represent Defendant FMC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 1989. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known JONATHAN M. SAFFER since 2002.

4. MR. SAFFER is an associate at Snell & Wilmer L.L.P., in Phoenix and Tucson, Arizona.

5. I have found MR. SAFFER to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of JONATHAN M. SAFFER, pro hac vice.

7. I respectfully submit a proposed order granting the admission of JONATHAN M. SAFFER, pro hac vice, which is attached hereto as Exhibit A.

. . .

. . .

. . .

. . .

. . .

WHEREFORE, it is respectfully requested that the motion to admit JONATHAN M. SAFFER, pro hac vice, to represent Defendant FMC in the above captioned matter, be granted.

Dated: October 22, 2007

City, State: Tucson, AZ

Respectfully submitted,

*[signature]*

Name of Movant: Matthew R.K. Waterman
SDNY Bar Code: 2300341

State of Arizona       )
                       ) ss.
County of Pima         )

SUBSCRIBED AND SWORN to before me this 22nd day of October, 2007, by Matthew R.K. Waterman.

*[signature]*
Notary Public

11-01-2007
Notary Expiration

OFFICIAL SEAL
BARBARA A. McCARTNEY
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Expires Nov. 1, 2007

2056259.1

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| The Bank of New York Trust Company, N.A., as Trustee | Plaintiff, | |
| - against - | | 7   cv  08255   (PKC) |
| First Magnus Capital, Inc., Thomas W. Sullivan, Sr., as Trustee | Defendant. | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of  Matthew R.K. Waterman  attorney for  First Magnus Capital, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jonathan M. Saffer |
| Firm Name: | Snell & Wilmer L.L.P. |
| Address: | One Arizona Center, Phoenix, AZ  85004-2202 |
| City/State/Zip: | Phoenix, AZ  85004-2202 |
| Telephone/Fax: | 602-382-6525 /  602-382-6070 |
| Email Address: | jmsaffer@swlaw.com |

is admitted to practice pro hac vice as counsel for  First Magnus Capital, Inc.  in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT#_____
SDNY Form Web 10/2006

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **JONATHAN MARC SAFFER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on April 22, 2003, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 16th day of October, 2007.

Nancy Swetnam
Acting Disciplinary Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE BANK OF NEW YORK TRUST COMPANY, N.A., as Trustee<br><br>    Plaintiff,<br><br>v.<br><br>FIRST MAGNUS CAPITAL, INC., THOMAS W. SULLIVAN, SR., as Trustee of the THOMAS W. SULLIVAN REVOCABLE TRUST,<br><br>    Defendants. | Case No. 1:07-cv-08255(PKC) |

## PROOF OF SERVICE

Matthew R.K. Waterman, under penalty of perjury, hereby certifies that:

1.  I am over 18 years of age, I am not a party to the above-captioned proceedings, and I am employed by Snell & Wilmer L.L.P., One S. Church Ave., Ste. 1500, Tucson, Arizona 85701-1630.

2.  On October 22, 2007, I caused to be served a true and correct copy of the "Motion to Admit Counsel Pro Hac Vice" (re Christopher H. Bayley) in the above-captioned case upon the parties listed on the attached Service List by U.S. mail or electronic notification, as indicated.

3.  On October 22, 2007, I caused to be served a true and correct copy of the "Motion to Admit Counsel Pro Hac Vice" (re Jonathan M. Saffer), in the above-captioned case upon the parties listed on the attached Service List by U.S. mail or electronic notification, as indicated.

Dated:    Tucson, AZ
          October 22, 2007

_____
Matthew R.K. Waterman

# Service List

**By U.S. Mail**

Thomas W. Sullivan Sr., as Trustee of the
Thomas W. Sullivan Revocable Trust
603 N. Wilmot Rd.
Tucson, AZ  85711

**By Electronic Notification**

Kenneth G. Roberts                    KRoberts@WOLFBLOCK.com
Wolf, Block, Schorr and Solis-Cohen, LLP
250 Park Ave.
New York, NY  10177
Counsel for Plaintiff