**MEMO ENDORSED**

# WolfBlock

250 Park Avenue, New York, NY 10177
Tel: (212) 986-1116 ■ Fax: (212) 986-0604 ■ www.WolfBlock.com

Kenneth G. Roberts
Direct Dial: (212) 883-4914
Direct Fax: (212) 672-1114
E-mail: kroberts@wolfblock.com
Admitted in New York and California

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

October 29, 2007

**VIA FAX (212) 805-7949**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Bank of New York v. First Magnus Capital, Inc. and Thomas W. Sullivan, Sr.*
      Civ. Action No. 07 Cv 8255 (PKC)

Dear Judge Castel:

We represent plaintiff The Bank of New York Trust Company, N.A., but we write on behalf of counsel for defendant First Magnus Capital, Inc. as well.

By Order dated September 27, 2007, the Court scheduled an initial pretrial conference in the above action for November 2, 2007 at 11:45 a.m.

Defendant Thomas W. Sullivan, Sr. disputes service of process and has not yet appeared. We have been in communication with his attorney and hope to file a stipulation within the next week setting forth an agreement as to service as well as expedited discovery.

In order to avoid confusion and duplication of effort, we and counsel for defendant First Magnus Capital, Inc. hereby jointly request an adjournment of the initial pretrial conference for two weeks, to November 16, 2007.

Respectfully,

Kenneth G. Roberts
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc (by email):  Christopher H. Bayley, Esq.

*[Handwritten endorsement:]* Initial conference adjourned from November 2 to November 16, 2007 at 11:00 a.m. SO ORDERED. /s/ P. Kevin Castel USDJ 10-30-07

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP a Pennsylvania Limited Liability Partnership
NYC:748096.1