SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| The Bank of New York Trust Company, N.A., as Trustee | Plaintiff, | |
| - against - | | |
| First Magnus Capital, Inc., Thomas W. Sullivan, Sr., as Trustee | Defendant. | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

7 cv 08255 (PKC)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Matthew R.K. Waterman attorney for First Magnus Capital, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Jonathan M. Saffer

Firm Name: Snell & Wilmer L.L.P.

Address: One Arizona Center, Phoenix, AZ 85004-2202

City/State/Zip: Phoenix, AZ 85004-2202

Telephone/Fax: 602-382-6525 / 602-382-6070

Email Address: jmsaffer@swlaw.com

is admitted to practice pro hac vice as counsel for First Magnus Capital, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: NY NY
City, State: 11-1-07

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006