IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
THE BANK OF NEW YORK TRUST COMPANY, N.A., as : 07-CV-8255(PKC)
Trustee, :
 :
Plaintiff, : **MOTION TO ADMIT**
v. : **COUNSEL PRO HAC**
 : **VICE**
FIRST MAGNUS CAPITAL, INC., THOMAS W. :
SULLIVAN, SR., as Trustee of the THOMAS W. :
SULLIVAN REVOCABLE TRUST, :
 :
Defendants, :
 :
 :
------------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth G. Roberts, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Zachary C. Glaser |
| Firm Name: | Wolf, Block, Schorr & Solis-Cohen LLP |
| Address: | 1650 Arch Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA 19103-2097 |
| Phone Number: | (215) 977-2110 |
| Fax Number: | (215) 405-3710 |

Zachary C. Glaser is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey.
There are no pending disciplinary proceeding against Zachary C. Glaser in any State or Federal Court.

Dated:         November 6, 2007
City, State:   New York, New York

Respectfully submitted,

Kenneth G. Roberts (KR-6960)
Wolf, Block, Schorr & Solis-Cohen LLP
250 Park Avenue, 10th Floor
New York, New York 10177
212-986-1116
212-986-0604



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

| | | |
|---|---|---|
| THE BANK OF NEW YORK TRUST COMPANY, N.A., as Trustee, | : | 07-CV-8255(PKC) |
| | : | |
| | : | DECLARATION OF |
| Plaintiff, | : | KENNETH G. ROBERTS |
| v. | : | IN SUPPORT OF |
| | : | MOTION TO ADMIT |
| FIRST MAGNUS CAPITAL, INC., THOMAS W. SULLIVAN, SR., as Trustee of the THOMAS W. SULLIVAN REVOCABLE TRUST, | : | COUNSEL PRO HAC VICE |
| | : | |
| Defendants, | : | |

---------------------------------------------------------------------------- x

I, Kenneth G. Roberts, pursuant to the penalty of perjury, declare the truth of the following:

1. I am a member of the firm of Wolf, Block, Schorr and Solis-Cohen LLP, attorneys for plaintiff The Bank of New York Trust Company, N.A. in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Zachary C. Glaser, Esq., as counsel pro hac vice to represent plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Glaser since 2000.

4. Mr. Glaser is a senior associate in our Philadelphia office.

5. I have found Mr. Glaser to be a highly skilled attorney and a person of extreme integrity. He is very experienced in federal practice and is familiar with and knowledgeable about the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Glaser pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Glaser, pro hac vice, which is attached hereto as Exhibit A.

NYC:746455.1

- 2 -

**WHEREFORE,** I respectfully request that the motion to admit Zachary C. Glaser, pro hac vice, to represent plaintiff in this matter, be granted.

Dated: November 6, 2007
      New York, New York

Respectfully submitted,

_____
Kenneth G. Roberts (KR-6960)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

THE BANK OF NEW YORK TRUST COMPANY, N.A., as Trustee, : 07-CV-8255(PKC)

    Plaintiff,

    v. : **ORDER FOR ADMISSION PRO HAC VICE**

FIRST MAGNUS CAPITAL, INC., THOMAS W. SULLIVAN, SR., as Trustee of the THOMAS W. SULLIVAN REVOCABLE TRUST,

    Defendants,

------------------------------------------------------------------ x

    Upon the motion of Kenneth G. Roberts, attorney for plaintiff The Bank of New York Trust Company, N.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Zachary C. Glaser |
| Firm Name: | Wolf, Block, Schorr and Solis-Cohen LLP |
| Address: | 1650 Arch Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA 19103-2097 |
| Telephone/Fax: | (215) 977-2110 / (215) 405-3710 |
| Email Address: | zglaser@wolfblock.com |

is admitted to practice pro hac vice as counsel for plaintiff The Bank of New York Trust Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                                           United States District Judge

NYC:746423.1/RAI048-247121

## CERTIFICATE OF SERVICE

Erich R. Kaplan hereby certifies that, on this 6th day of November, 2007, the Motion to Admit Counsel Pro Hac Vice, dated November 6, 2007, the Declaration of Kenneth G. Roberts in Support of Motion to Admit Counsel Pro Hac Vice, dated November 6, 2007, and a proposed Order, were served by first class mail upon the counsel of record for the defendants, addressed as follows:

Christopher H. Bayley
Jonathan M. Saffer
Snell & Wilmer L.L.P.
400 East Van Buren
Phoenix, AZ 85004-2202

Gary L. Fletcher
Nystedt & Fletcher PLLC
2970 N Swan Rd Suite 221
Tucson, AZ 85712-0001

_____
Erich R. Kaplan

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ZACHARY CHARLES GLASER** (No. **034192000**) was constituted and appointed an Attorney at Law of New Jersey on **January 31, 2001** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31ST** day of **October**, 20 **07**

*[signature]*
Clerk of the Supreme Court

-453a-

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Zachary C. Glaser, Bar # 85979, was duly admitted to practice in said Court on January 3, 2001, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      <u>MICHAEL E. KUNZ</u>
                                                             Clerk of Court

on October 11, 2007.                          BY _____
                                                      Aida Ayala,     Deputy Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Zachary C. Glaser, Esq.*

**DATE OF ADMISSION**

*October 31, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 11, 2007**

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk