# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
THE BANK OF NEW YORK TRUST COMPANY, N.A., as Trustee,    :    07-CV-8255(PKC)
:
        Plaintiff,    :
:
        v.    :    **ORDER FOR ADMISSION**
:    **PRO HAC VICE**
:
FIRST MAGNUS CAPITAL, INC., THOMAS W. SULLIVAN, SR., as    :
Trustee of the THOMAS W. SULLIVAN REVOCABLE TRUST,    :
:
        Defendants,    :
:
---------------------------------------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

    Upon the motion of Kenneth G. Roberts, attorney for plaintiff The Bank of New York Trust Company, N.A. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Zachary C. Glaser |
| Firm Name: | Wolf, Block, Schorr and Solis-Cohen LLP |
| Address: | 1650 Arch Street, 22nd Floor |
| City/State/Zip: | Philadelphia, PA 19103-2097 |
| Telephone/Fax: | (215) 977-2110 / (215) 405-3710 |
| Email Address: | zglaser@wolfblock.com |

is admitted to practice pro hac vice as counsel for plaintiff The Bank of New York Trust Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11-20-07
New York, New York

                                             _____
                                             United States District Judge

NYC:746423.1/RAI048-247121