

250 Park Avenue, New York, NY 10177
Tel: (212) 986-1116 ■ Fax: (212) 986-0604 ■ www.WolfBlock.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

Kenneth G. Roberts
Direct Dial: (212) 883-4914
Direct Fax: (212) 672-1114
E-mail: kroberts@wolfblock.com
Admitted in New York and California

# MEMO ENDORSED

December 26, 2007

RECEIVED
DEC 27 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**VIA HAND DELIVERY**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re:   Bank of New York, N.A. v. First Magnus Capital, Inc.
           07-cv-8255 (PKC)

Dear Judge Castel:

On behalf of plaintiff Bank of New York in the above action, we write to request leave to serve the enclosed Interrogatories on defendant First Magnus Capital, Inc. Enclosed for your Honor's convenience is a copy of FMC's Answer on which the Interrogatories are based.

Thank you for your consideration.

Respectfully submitted,

Kenneth G. Roberts
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

KGR:sl
cc (by pdf):   William D. Hummell, Esq.
                  Christopher H. Bayley, Esq.

*Application granted. SO ORDERED.*
*[signed] 12/27/07*

NYC:753336.1

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership