

250 Park Avenue, New York, NY 10177
Tel: (212) 986-1116 ■ Fax: (212) 986-0604 ■ www.WolfBlock.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

RECEIVED
JAN 17 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Kenneth G. Roberts
Direct Dial: (212) 883-4914
Direct Fax: (212) 672-1114
E-mail: kroberts@wolfblock.com
Admitted in New York and California

# MEMO ENDORSED

January 16, 2008

**BY FEDEX**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

The schedule is approved. SO ORDERED.
/s/
USDJ 1-22-08

Re: Bank of New York, N.A. v. First Magnus and Sullivan
    07-cv-8255 (PKC)

Dear Judge Castel:

Pursuant to the court conference this morning, all counsel have agreed to the following schedule and respectfully request that you "so order" it:

2/8/08: Deadline to take Sullivan's jurisdictional deposition.
3/3/08: Deadline for Sullivan to file motion to dismiss for lack of personal jurisdiction.
3/17/08: Deadline for BNY to file opposition.
3/24/08: Deadline for Sullivan to file reply.

Thank you for your consideration.

Respectfully submitted,

Kenneth G. Roberts
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

KGR:sl
cc (by pdf):  William D. Hummell, Esq.
              Christopher H. Bayley, Esq.

**SO ORDERED:**

_____
U.S.D.J.

NYC:755068.1

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership