UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
THE BANK OF NEW YORK TRUST : 
COMPANY, N.A., as Trustee,
                                       :    07 Civ. 8255 (PKC)

               Plaintiff,
                                       :
        - against -                       **NOTICE OF SERVICE OF**
                                         :    ***FMC'S RESPONSES TO***
FIRST MAGNUS CAPITAL, INC. and THOMAS     ***PLAINTIFF'S FIRST***
W. SULLIVAN, SR. as Trustee of the THOMAS     ***INTERROGATORIES***
W. SULLIVAN SR. REVOCABLE TRUST,    :

               Defendants.
                                         :
------------------------------------------------------------x

        NOTICE IS HEREBY GIVEN that Defendants, First Magnus Capital, Inc., by and through undersigned counsel, served their Responses to Plaintiff's First Interrogatories via electronic mail on January 28, 2008 to the following:

Zachary C. Glaser
Wolf, Block, Schorr & Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103-2097
ZGlaser@Wolfblock.com

Kenneth G. Roberts, Esq.
Wolf, Block, Schorr & Solis-Cohen LLP
250 Park Avenue
New York, NY 10177
kroberts@wolfblock.com

William D. Hummell
Kucker & Bruh, LLP
747 Third Avenue
New York, New York 10017
w.hummell@kuckerandbruh.com

. . .

. . .

Gary L. Fletcher
Nystedt & Fletcher PLLC
2970 N. Swan, Suite 221
Tucson, AZ  85712
gfletcher@nflegal.com

Matthew Thrasher
Associate General Counsel
First Magnus Financial Corporation
603 N. Wilmot Road
Tucson, AZ  85711
Matthew.Thrasher@firstmagnus.com

Christopher H. Bayley
Snell & Wilmer L.L.P.
400 East Van Buren
One Arizona Center
Phoenix, AZ  85004-2202
cbayley@swlaw.com


Dated: January 30, 2008

                                Snell & Wilmer L.L.P.


                    By:    s/Jonathan M. Saffer
                                Jonathan M. Saffer
                                One South Church Avenue, Suite 1500
                                Tucson, AZ  85701-1630
                                Attorneys for First Magnus Capital, Inc.

8555710.1