# Kucker
# & Bruh, LLP
ATTORNEYS AT LAW

747 THIRD AVENUE ·
NEW YORK, NY 10017

212-669-5030
FAX 212-944-5818
www.kuckerandbruh.com

**MEMO ENDORSED**

SAUL D. BRUH
ALAN D. KUCKER
PATRICK K. MUNSON
JAMES R. MARINO
NATIV WINIARSKY
ANDREW B. BITTENS†
WILLIAM D. HUMMELL
JOHN M. CHURNEFTSKY
CATHERINE A. HELWIG†
LOUIS L. NOCK†

ARAM L. ERENBURG†
MICHAEL A. KORN
IVAN B. OKUN
FEI ZHONG†

OF COUNSEL:
ABNER T. ZELMAN
EDWARD P. ALPER†

†ALSO ADMITTED IN N.J.

January 30, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

FEDERAL EXPRESS

Honorable P. Kevin Castel
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street – Room 2260
New York, New York 10007

Re:   Bank of New York v. First Magnus Capital, Inc. and Thomas W. Sullivan, Sr.,
      As Trustee of the Thomas W. Sullivan Sr. Revocable Trust
      U.S. District Court # 07 CV 8255 (PKC) (JCF)

Judge Castel:

Kucker & Bruh, LLP ("K&B") represents defendant Thomas Sullivan, Sr. I prepared this letter with permission of Kenneth Roberts (of Wolf, Block, Schorr and Solis-Cohen LLP, attorneys for plaintiff Bank of New York ["BNY"]) and Christopher Bayley (of Snell & Wilmer L.L.P., attorneys for defendant First Magnus Capital, Inc. ["FMCI"]) as a joint request for a slight amendment of the existing schedule for the taking of depositions, and subsequent filing of a motion to dismiss for alleged lack of New York personal jurisdiction over Mr. Sullivan, previously authorized by Your Honor.

The existing schedule was cited in a January 16, 2008 letter by Mr. Roberts which Your Honor approved on January 22, 2008 (copy enclosed). Among other things, this schedule provided for the jurisdictional deposition of Thomas Sullivan, Sr. by February 8, 2008. With this in mind, the parties scheduled his deposition for January 31. However, the three attorneys subsequently learned the two other witnesses the bank intends to depose were not available on January 31 or contemporaneous days. In order to schedule the jurisdictional deposition of Mr. Sullivan and the other two depositions on contemporaneous dates which also did not conflict with the schedule of the attorneys it became necessary to plan the three depositions for February 19 and 20, 2008, respectively. These are 12 days beyond the existing deadline. Accordingly, the parties agreed to request the deadline for K&B's filing of a Rule 12(b)(2) motion also would be extended by a similar period of time. Accordingly, the parties respectfully request the following amended schedule, and ask Your Honor please to "So Order" it:

2/20/08   Deadline to take Sullivan's jurisdictional motion
3/14/08   Deadline for Sullivan to file motion to dismiss for lack of personal jurisdiction
3/28/08   Deadline for BNY to file opposition
4/04/08   Deadline for Sullivan to file reply

*Revised schedule is approved.* SO ORDERED.  _____ USDJ
2-4-08

**Kucker & Bruh, LLP**

Honorable P. Kevin Castel
January 30, 2008
Page 2


    Thank you for your consideration.

                                    Respectfully,

                                    William D. Hummell


cc:    By Electronic Transmittal, and Regular U.S. Mail

    Kenneth G. Roberts, Esq.    (KRoberts@WOLFBLOCK.com)
    Zachary C. Glaser, Esq.     (ZGlaser@WOLFBLOCK.com)
    Wolf, Block, Schorr & Solis-Cohen LLP
    250 Park Avenue
    New York, NY 10177

    --------------------

    Christopher H. Bayley, Esq.   (cbayley@swlaw.com)
    Jonathan M. Saffer, Esq.      (jmsaffer@swlaw.com)
    Snell & Wilmer, L.L.P.
    One S. Church Avenue, Suite 1500
    Tucson, Arizona 85701