UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------------x

THE BANK OF NEW YORK TRUST     :
COMPANY, N.A., as Trustee,

                    :     07 Civ. 8255 (PKC)

           Plaintiff,

                    :

     - against -             **NOTICE OF BANKRUPTCY**
                    :     **FILING**

FIRST MAGNUS CAPITAL, INC. and THOMAS
W. SULLIVAN, SR. as Trustee of the THOMAS     :
W. SULLIVAN SR. REVOCABLE TRUST,

                    :

         Defendants.

                    :

----------------------------------------------------------------x

NOTICE IS HEREBY GIVEN that on February 19, 2008, First Magnus Capital, Inc. filed a

bankruptcy petition under Chapter 11 of the United States Bankruptcy Code in the United States

Bankruptcy Court for the District of Arizona, Case No. 2:08-bk-01494-GBN. Notice is further

given that the automatic stay of 11 U.S.C. § 362 applies to the Complaint herein filed as to said

Defendant.

     DATED this the 19th day of February, 2008.

              SNELL & WILMER L.L.P.


              By:  /s/ Christopher H. Bayley
                 Christopher H. Bayley
                 Jonathan M. Saffer
                 One Arizona Center
                 400 E. Van Buren
                 Phoenix, AZ 85004-2202

**<u>CERTIFICATE OF SERVICE</u>**

Christopher H. Bayley, under penalty of perjury, hereby certifies that:

1.      I am over 18 years of age, I am not a party to the above-captioned proceedings, and I am employed by Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren St., Phoenix, Arizona 85004-2202.

2.      On February 19, 2008, I caused to be served a true and correct copy of the "<u>Notice of Bankruptcy Filing</u>," in the above-captioned cases upon the parties listed on the attached Service List by U.S. mail or electronic notification, as indicated.

Dated:      Phoenix, AZ
            February 19, 2008


                                                <u>/s/ Christopher H. Bayley</u>
                                                Christopher H. Bayley

## SERVICE LIST

**Via Email**

Zachary C. Glaser
Wolf, Block, Schorr and Solis-Cohen L.L.P.
1650 Arch Street, 22nd Fl.
Philadelphia, PA 19103-2097
zglaser@wolfblock.com
Attorneys for The Bank of New York Trust Company, N.A.

Kenneth Gary Roberts
Wolf Block Schorr and Solis-Cohen, LLP(NYC)
250 Park Avenue
New York, NY 10177
kroberts@wolfblock.com
Attorneys for The Bank of New York Trust Company, N.A.

William D. Hummell
KUCKER & BRUH, LLP
747 Third Avenue
New York, New York 10017
w.hummell@kuckerandbruh.com
Attorneys for Thomas W. Sullivan, Sr.