USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THE BANK OF NEW YORK TRUST
COMPANY, N.A., as Trustee,

              Plaintiff,

- against -

FIRST MAGNUS CAPITAL, INC. and THOMAS
W. SULLIVAN, SR., as Trustee of the THOMAS
W. SULLIVAN SR. REVOCABLE TRUST

              Defendants.
-----------------------------------------------------------X

07 Civ. 8255 (PKC)

**STIPULATION AND ORDER**

      **IT IS HEREBY STIPULATED AND AGREED,** by all of the parties, as follows:

1.      On February 19, 2008, defendant First Magnus Capital, Inc. ("FMC") filed a bankruptcy petition in the United States Bankruptcy Court, District of Arizona - Case No. 2:08-bk-01-1494-GBN (see annexed Exhibit "A").

2.      All counsel are of the opinion that the automatic stay under 11 U.S.C. § 362 applies to this entire action (in the United States District Court in the Southern District of New York) because a decision on the declaratory claim in the complaint will directly affect the distribution of FMC's assets which are under the jurisdiction of the Bankruptcy Court.

3.      Accordingly, the deadline in this Court's March 11, 2008 Order (see Exhibit "B"), in which Thomas W. Sullivan, Sr. was directed to file his motion for an Order of dismissal by April 4, 2008, is adjourned *sine die*. Faxed copies of signatures shall be treated as originals.

Dated: New York, New York
          March 20, 2008

1

WOLF, BLOCK, SCHORR &
SOLIS-COHEN LLP
Attorneys for Plaintiff, Bank of New York

_____
By: Kenneth G. Roberts
250 Park Avenue
New York, NY 10177
Telephone: (212) 986-1116
Fax: (212) 986-0604
E-Mail: kroberts@wolfblock.com

SNELL & WILMER, L.L.P.
Attorneys for Defendant
   First Magnus Capital, Inc.

_____
By: Christopher H. Bayley
400 East Van Buren
One Arizona Center
Phoenix, AZ 85004-2202
Telephone: (602) 382-6214
Fax: (602) 382-6070
E-Mail: cbayley@swlaw.com

KUCKER & BRUH, LLP
Attorneys for Defendant Thomas W. Sullivan,
   Sr., as Trustee of the Thomas W. Sullivan Sr.
   Revocable Trust

_____
By: William D. Hummell
747 Third Avenue, 12th Floor
New York, New York 10017
Telephone: (212) 869-5030
Fax: (212) 944-5818
E-Mail: w.hummell@kuckerandbruh.com

SO ORDERED:

_____
U.S.D.J.

3-24-08

2