# WolfBlock

250 Park Avenue, New York, NY 10177
Tel: (212) 986-1116 ■ Fax: (212) 986-0604 ■ www.WolfBlock.com

Kenneth G. Roberts
Direct Dial: (212) 883-4914
Direct Fax: (212) 672-1114
E-mail: kroberts@wolfblock.com
Admitted in New York and California

## MEMO ENDORSED

April 3, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08
```

**BY FAX (212) 805-7949**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: Bank of New York, N.A. v. First Magnus and Sullivan
    07-cv-8255 (PKC)

Dear Judge Castel:

As mentioned in prior correspondence, all counsel are of the opinion that defendant First Magnus' bankruptcy filing automatically stayed this entire action because a decision on the declaratory claim in the complaint in this action will directly affect the distribution of First Magnus' assets which are now in the hands of the bankruptcy court.

Accordingly, we respectfully request that the court conference before your Honor scheduled for tomorrow, April 4, 2008, be canceled and that the entire action be stayed pending the bankruptcy.

Respectfully submitted,

Kenneth G. Roberts
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc (by pdf): William D. Hummell, Esq.
Christopher H. Bayley, Esq.

*Upon your application, the matter is placed on the suspense docket. The April 4 conference is cancelled. Parties to report in writing by November 3, 2008.*

**SO ORDERED:**

_____
U.S.D.J.
4-3-08

NYC:762313.1

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership